**FILED**
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

JUN 3 0 2025

MITCHELL R. ELFERS
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 25 - 2376 ʀᴋs |
| vs. | ) Count 1: 8 U.S.C. §1325(a)(1): Illegal Entry Without Inspection |
| **FRANCISCO EMANUEL BOJORQUEZ-SANSORES,** | ) Count 2: 50 U.S.C. § 797 (Class A Misdemeanor): Penalty for Violation of Security Regulations |
| Defendant. | ) Count 3: 18 U.S.C. § 1382: Entering Military Property. |

INFORMATION

The United States Attorney charges:

Count 1

On or about June 23, 2025, in Doña Ana County, in the District of New Mexico, the defendant, **FRANCISCO EMANUEL BOJORQUEZ-SANSORES**, who was then and there an alien, did knowingly and unlawfully enter the United States from the Republic of Mexico, at a place not designated as a lawful Port of Entry by immigration officials of the United States for the entrance of immigrants into the United States.

In violation of 8 U.S.C. § 1325(a)(1).

Count 2

On or about June 23, 2025 in Doña Ana County, in the District of New Mexico, the defendant, **FRANCISCO EMANUEL BOJORQUEZ-SANSORES**, by knowingly and unlawfully entering the United States from the Republic of Mexico, willfully violated the order issued on April 18, 2025, by the U.S. Army Garrison Fort Huachuca military commander

designating the New Mexico National Defense Areas, also known as the Roosevelt Reservation, as both a restricted area and a controlled area under Army Regulation 190-13, prohibiting the unauthorized entry into the New Mexico National Defense Areas, a defense property security regulation.

In violation of 50 U.S.C. § 797.

Count 3

On or about June 23, 2025, in Doña Ana County, in the District of New Mexico, the defendant, **FRANCISCO EMANUEL BOJORQUEZ-SANSORES**, entered any military reservation, post, fort, arsenal, station, and installation, specifically, the New Mexico National Defense Areas, also known as the Roosevelt Reservation, which had been designated both a restricted area and a controlled area pursuant to U.S. Army Regulation 190-13 by the U.S. Army Garrison Fort Huachuca military commander, for any purpose prohibited by law or lawful regulation, specifically, 8 U.S.C. § 1325(a)(1), illegal entry without inspection.

In violation of 18 U.S.C. 1382.

RYAN ELLISON
United States Attorney

MARK A. SALTMAN
Assistant U.S. Attorney
200 N. Church St.
Las Cruces, NM 88001
(575) 522-2304