FILED
U.S. DISTRICT COURT
DISTRICT OF NEW MEXICO

2025 JUL 24 PM 4:49

CLERK-LAS CRUCES

CERTIFIED a True Copy of the
original filed in the office
of the Clerk

by_____
Deputy

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,           )
                                     )
            Plaintiff,               )      NO. 25-CR-2376 SMD
                                     )
    vs.                              )
                                     )      RECEIVED BY USMS 07/18/2025
FRANCISCO EMANUEL                    )      EXECUTED BY USMS 07/18/2025
BOJORQUEZ-SANSORES,                  )      A.GALVAN
                                     )
            Defendant.               )

ORDER DISMISSING COUNTS 2 AND 3 OF THE INFORMATION WITHOUT PREJUDICE

        THIS MATTER having come before the Court on the written motion of the United States

Attorney for the District of New Mexico for an Order dismissing Counts 2 and 3 of the Information

filed in this case, the Court, being fully advised in the premises, FINDS that the motion is well-

taken and should be granted.

        IT IS THEREFORE ORDERED that Counts 2 and 3 of the Information filed in this case

be and hereby are dismissed without prejudice as to Defendant in the interests of justice.

        IT IS FURTHER ORDERED that the Clerk shall provide a copy of this Order to the United

States Marshal as authority to proceed hereunder.

_____
UNITED STATES DISTRICT JUDGE